# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

October 30, 2023

**Via ECF**
Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

SO ORDERED. The Clerk of Court is directed to close ECF 6.

Arun Subramanian, U.S.D.J.
Date: November 7, 2023

Re: *Lopez v. Pelham Pharmacy, Inc. et al.*
Case No.: 23-cv-09458-CS

Dear Judge Seibel,

The undersigned represents Defendants in this matter. The Defendants write with Plaintiff's consent to respectfully request a **sixty-day (60) extension of time to move, answer, or otherwise respond to the Complaint through and including December 29, 2023**. In exchange for this extension, Defendants hereby waive any objections to invalid service of process and accept service of the Complaint.

This is the first extension of this deadline. Granting this request will not affect other deadlines. Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
Ian-Paul A. Poulos

cc: All Counsel of Record