# CLIFTON BUDD & DEMARIA, LLP
ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

December 28, 2023

**Via ECF**
Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   *Lopez v. Pelham Pharmacy, Inc. et al.*
Case No.: 23-cv-09458-AS

Dear Judge Subramanian,

The undersigned represents Defendants in this matter. Pursuant to Paragraph 3(E) of Your Honor's Individual Practices, Defendants respectfully request that their deadline to move, answer, or otherwise respond to the Complaint be extended from Friday, December 29, 2023, through and including Friday, January 12, 2024.

This is the second request to extend this deadline. The extension is necessary because the undersigned counsel and Plaintiff's counsel have engaged in meaningful settlement discussions and would like additional time to attempt to reach a resolution. Given the holidays and the undersigned's other pending litigation deadlines, the undersigned requests two weeks so that Defendants have time to further the settlement discussions. Plaintiff consents to this extension.

Granting this request will not affect other deadlines. Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
Ian-Paul A. Poulos

The request is DENIED. As a courtesy, defendants' deadline is extended to Friday, January 5, 2024, at 5pm. Although the Court appreciates the parties' attempts to settle this case, it must move forward during those discussions. And as stated in the Court's Individual Practices, extension requests made within two days of the deadlines are likely to be denied.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 29, 2023