# CLIFTON BUDD & DEMARIA, LLP
#### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

January 19, 2024

**Via ECF**
Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

  Re: *Lopez v. Pelham Pharmacy, Inc. et al.*
    Case No.: 23-cv-09458-AS

Dear Judge Subramanian,

  The undersigned represents Defendants in this matter. Pursuant to Paragraph 3(E) of Your Honor's Individual Practices, Defendants respectfully request, with sincere apologies for the delay, that the deadline to submit their settlement agreement and joint letter explaining the basis of the proposed settlement be extended from Friday, January 19, 2024, through and including Wednesday, January 24, 2024. The settlement agreement is fully executed, and the parties exchanged versions of their anticipated joint letter earlier today at 11:15 a.m. and 4:41 p.m. The undersigned could not reach opposing counsel to confirm whether the latest draft of the joint letter was approved for filing.

  Granting this request will not affect other deadlines. Thank you for Your Honor's time and consideration.

Respectfully submitted,

SO ORDERED.

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
   Ian-Paul A. Poulos

Arun Subramanian, U.S.D.J.
Date: January 22, 2024